

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-47,341-11

### EX PARTE EUGENE SHANNON ABNER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 610227-J IN THE 180TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant pleaded guilty to aggravated sexual assault of a child in exchange for deferred adjudication community supervision. He was later adjudicated guilty and sentenced to thirty years' imprisonment. The Fourteenth Court of Appeals dismissed his appeal for want of jurisdiction. *Abner v. State*, No, 14-16-00780-CR (Tex. App. — Houston [14th Dist.] January 10, 2017) (not designated for publication). Applicant filed this application for a writ of habeas corpus and supplemental application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

In the instant application, Applicant contends that there was no evidence to support the aggravated nature of this offense. In his supplemental application, Applicant alleges that he is being

improperly denied credit for time when he was out on parole before revocation.

This Court has reviewed Applicant's first ground for relief and has determined that it is barred from review under Article 11.07, Section 4 of the Texas Code of Criminal Procedure, and under this Court's order of May 25, 2011, citing Applicant for abuse of the writ. Therefore, that claim is dismissed. Applicant's remaining claim concerning the denial of street time credit is without merit, and is denied. *See Ex parte Noyola*, 215 S.W.3d 862, 867 (Tex. Crim. App. 2007).

Filed: November 24, 2021
Do not publish